**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **NO. 4:25-CR-00150-SDJ-BD** |
| | § | |
| **MISTY ROBBINS-TORRES (1)** | § | |

**REPORT AND RECOMMENDATION**
**OF UNITED STATES MAGISTRATE JUDGE**

This report and recommendation addresses a petition for revocation of the defendant's supervised release. Dkt. 2 (sealed).

**PROCEDURAL HISTORY**

On August 30, 2023, United States District Judge Micaela Alvarez sentenced defendant Misty Robbins-Torres to 12 months and one day of imprisonment followed by three years of supervised release. Dkt. 1-3 at 2–3. Robbins-Torres's term of supervised release commenced May 10, 2024. Dkt. 2 at 1.

In November 2025, a probation officer petitioned the court for a warrant, alleging that Robbins-Torres had violated two conditions of her supervised release. Dkt. 2. Specifically, the petition alleged that Robbins-Torres had violated conditions that required her to refrain from any unlawful use of a controlled substance and submit to substance-abuse testing. Dkt. 2 at 1–2.

In support of those allegations, the petition asserted that, on four occasions, Robbins-Torres submitted a urine specimen that tested positive for marijuana. Dkt. 2 at 1. The petition also asserted that, on August 11, 2025, Robbins-Torres failed to submit a urine specimen. Dkt. 2 at 2.

A final revocation hearing was held before me on March 27, 2026. Robbins-Torres pleaded true to both allegations. Minute Entry for Mar. 27, 2026. The government presented testimony and exhibits, and Robbins-Torres proffered evidence. *Id.* After hearing argument from counsel, the court announced what its recommendation would be, and Robbins-Torres stated that she would invoke her right to allocute before the district judge.

## RECOMMENDATION

In accordance with the Sentencing Reform Act of 1984, and having considered both parties' arguments, the court recommends that Robbins-Torres's supervised release be revoked based on allegations one and two in the petition for revocation of supervised release, Dkt. 2, and that Robbins-Torres be committed to the custody of the Bureau of Prisons to be imprisoned for a term of three months, to run consecutively to any other term of imprisonment, with two years of supervised release to follow, all prior conditions imposed.

So **ORDERED** and **SIGNED** this 8th day of April, 2026.

_____

Bill Davis
United States Magistrate Judge