THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 4:25-CR-150-SDJ-BD |
| | § | |
| MISTY ROBBINS-TORRES | § | |

**MEMORANDUM ADOPTING THE REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On April 8, 2026, the Magistrate Judge entered proposed findings of fact and recommendations (Dkt. #14) that Defendant's sentence be three months of imprisonment, to run consecutively to any other term of imprisonment, with two years of supervised release to follow, all prior conditions imposed.

Having received the Report of the United States Magistrate Judge and considered Defendant's allocution, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court. Accordingly, Defendant is hereby sentenced to three months of imprisonment, to run consecutively to any other term of imprisonment, with two years of supervised release to follow, all prior conditions imposed.

So **ORDERED and SIGNED this 13th day of May, 2026.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE